# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

CASE INFORMATION RECORD   Date: 2-12-04   Page No: ___   Case No: 4:89Cr167 JCH

Division: ___   Presiding Judicial Official: AGF   Operator: cLiddy-FTR

Proceeding: I.A. on Sup Rz1

| Tape #1 Index #s ___ | Tape #2 Index #s ___ | Tape #3 Index #s ___ |
| Tape #4 Index #s ___ | Tape #5 Index #s ___ | Tape #6 Index #s ___ |

| Plaintiff(s) USA | Defendant(s) Edward Clary |
| Other Party Type | Other Party Type |

Channel
1. Presiding Judicial Official (J)
2. Witness Stand
3. Podium
4. Jury Box

Plaintiff Attorney(s)

Defendant Attorney(s)

(See attached docket sheet for addresses)

☐ Defendant Waives Hearing   ☒ Court Appoints will counsel ___   ☐ Sealed Proceeding

Parties Present for hearing on arrest today

☒ Defendant present for Initial Appearance. ☒ Deft. is advised of his/her rights & indicates he/she understands them.

☐ Bond set in the amount of $ ___   ☐ Secured   ☐ Secured by 10%   ☐ Unsecured   ☐ O.R. Bond

☐ Govt. has filed a motion for pretrial detention.   Detention hearing scheduled for ___

☐ Defendant Arraigned   ☐ Waives reading of Indictment/Information   ☐ Case taken under advisement

Plea Entered ___   Order on Pretrial Motions ☐ issued ☐ to issue

Deft. waives evidentiary hearing and by leave of court withdraws all pretrial motions ☐ order to issue ☐ oral ruling

Trial date ___   Before ___

Next Hearing Date/time 2-13-04 @ 9:30   Type of Hearing Prelim S.R. Hrg   Before AGF

☒ Remanded to Custody   ☐ Released on Bond   Attorney Present ___

Proceeding Commenced 2:29 a   Proceeding Concluded 2:39 a

Tape #_____ from _____ to _____

## RULE 5 INITIAL APPEARANCE RECORD BEFORE MAGISTRATE JUDGE

Mag. No. __4:04MJ2023__
D/C Case No. __4:89CR0167JCH__

Defendant's Name: __Edward James Clary__   SSN# __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__
Date of Initial Appearance: __Feb. 12, 2004__   Proceedings Commenced __2:30 p.m.__
Date Federal Custody Commenced: __2/12/04 on this matter__   arrested 9/03 on pending charges
U.S. Attorney: __Richard Poehling__   Present / (Not Present)
Defense Attorney: __Scott Rosenblum__   Present / (Not Present)

Defendant advised of following:

- ✓ Nature of Offense        ✓ Given copy of Comp/Indict/Info/(Petn)
- ✓ Right to be represented by counsel
- ✓ Right to have counsel appointed, if indigent
  - ___ Retained: _____
  - ✓ Appointed: _____
- ✓ Right to remain silent; and that defendant's statements can be used against him.
- ✓ Right to preliminary examination under Rule 5.1 or preliminary hearing under Rule 32.1 within 10 days if detained; and within 20 days if released.
- ___ Right to hearing here under Rule 40 if charged in another district.
- ___ Right to transfer here for guilty plea under Rule 20 if charged in another district.
- ___ Pretrial services bail report received on _____

From: Pretrial Services Officer __Chauncey Hunter__

Defendant's residence: __2204 Indiana St. 63104__   Tel. No. __776-2581__
__duplex - leased - Gloria Clary wife__

Defendant's Age: __32__   DOB: __4/18/71__   Sex: __M__   Race: __AA__
✓ Married: Spouse's Name: __Gloria Clary__   No. of children __3__
___ Single
Ages: __13, 10, 9__   none live w/ ∆
Location of defendant's family: __neighbors lives here.__

Defendant's current employment: __Manitoba - recycles copper since 3/03 until arrested.__

Defendant's prior convictions: _____

Bail set at: _____   Sec. AB   O.R.   Unsec. AB   Cash Only   Property   10%

Motion for detention hearing made by

✓ United States

____ Magistrate Judge

Detention hearing set for _Friday, February 13, 2004 at 9:30 a.m._

Disposition at Initial Appearance:   ✓ Committed to Custody
                                     ____ Released on Bond

Next Appearance: _Fri, Feb. 13, 2004_ at _9:30 a._ m. for _Prelim Sup Rel. Rev. Hearg &_
                        Date                    Time              Proceeding _Det. Hearg_

Before Judge _Hussig_

Case to remain: ____ Sealed ____ Unsealed ____ Proceedings Concluded: _____

Notes: _____

_Audrey G Hussig_
UNITED STATES MAGISTRATE JUDGE

-2-

Fleissis

# FINANCIAL AFFIDAVIT
CJA 23 (Rev. 5/98)

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF

USA vs. Clary

FOR
AT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate

District Court

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self–employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No
RECEIVED                SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____
THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes  ☒ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
VALUE                DESCRIPTION
IF YES, GIVE THE VALUE AND $ _____
DESCRIBE IT

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents
List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT ▶ _X_ [signature]
(OR PERSON REPRESENTED)