**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI**
**CASE INFORMATION RECORD**
**UNITED STATES MAGISTRATE JUDGE AUDREY G. FLEISSIG   9N**

CASE NUMBER  4:89CR167JCH          DATE February 17,  2004

| | | | | |
|---|---|---|---|---|
| [] | Initial Appearance | [] | Arraignment |
| X] | Detention Hearing | [] | Evidentiary Hearing |
| [] | Preliminary Exam Hearing | [] | Plea |
| [] | Bond Hearing | [] | Sentencing |
| [] | Bond Execution | [X] | Preliminary Supervised Release Hearing |

RECORDED ON FTR GOLD BY ___G. Freeman_____

| | |
|---|---|
| USA | Defendant<br><br>Edward James Clary |

Assistant United States Attorney        [X]_Present        Defendant Attorney    [X] Present  at _9:00_ am

| | |
|---|---|
| Thomas Mehan | N. Scott Rosenblum |

(See docket sheet for addresses)

[X]    Defendant waives Hearing
[]     Defendant present for Initial Appearance
[]     Bond set in the amount of $ _____  Bond Type _____
[]     Bond executed
[]     Government has filed a motion for Pretrial Detention
[]     Detention Hearing scheduled for     _____
[]     Preliminary Exam scheduled for      _____
[]     Defendant Arraigned
[]     Waives reading of Indictment/Information
[]     Not guilty plea entered on _____
[]     By leave of Court, defendant withdraws former Plea of not guilty and enters a Plea of Guilty to _____
[]     Sentencing Date set for _____ at _____
[]     Probation Officer Present in Courtroom
[]     Order on Pretrial Motions issued.  See Order for future schedules.
[]     Defendant waives Evidentiary Hearing and by leave of court withdraws all Pretrial Motions
[]     Testimony heard
[]     Motion(s) taken under submission
[X]    _____
       _____

[]     Court Minute Sheet attached.  See Minute Sheet for futures schedules.
[]     Interpreter present.  Name _____
[]     IUR form forwarded to Finance Unit.
       [X]    Remanded to Custody        []    Released on Bond

Proceeding Commenced _9:15 am_____      Proceeding Concluded _9:20 am_____