# United States District Court

## EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.

EDWARD JAMES CLARY

WAIVER OF
PRELIMINARY HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 4:89CR00167 JCH

I, ____Edward James Clary_____, charged in a (complaint) (petition) pending in this District with __Violations of Conditions of Supervised Release_____

in violation of Title_____, U.S.C., _____

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

_____
Defendant

February 17, 2004
Date

_____
Counsel for Defendant