Case No **89 CR 161**     Date: **2/20/04**

**USA**

vs.

**Cleary**

Judge **J. C. Hamilton**

Court Reporter: **D. Kriegshauser**

Attorney( ) for Plaintiff( ): **Ray Meyer**

Attorney( ) for Defendant( ): **N. Scott Rosenblum**

(✗) Parties present for: Sup. Rel. Revocation; Δ waives right to hrg; Δ admits guilt to violations; ct. finds Δ is

( ) guilty of violations; Sentence Imposed- SEE Judgment. (Sup. Rel. Revocno)

Deputy Clerk: **M. Mosley**

Proceeding Commenced: **9:10** (a.m.)/p.m.

Proceeding Concluded: **9:20** (a.m.)/p.m.